JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PABLO GARCIA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KEN CLARK,<br><br>　　　　　Respondent. | No. CV 07-04688-CAS (VBK)<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 3/11/09

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE